# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: George L. Shughart | BK NO. 19-03276 HWV |
| **Debtor** | Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of FEDERAL NATIONAL MORTGAGE ASSOCIATION and index same on the master mailing list.

                                            Respectfully submitted,

                                              **/s/ James C. Warmbrodt, Esquire**
                                              James C. Warmbrodt, Esquire
                                              KML Law Group, P.C.
                                              BNY Mellon Independence Center
                                              701 Market Street, Suite 5000
                                              Philadelphia, PA  19106
                                              215-627-1322