```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                      Case No. 19-03276-HWV
George L. Shughart                                          Chapter 13
        Debtor                  CERTIFICATE OF NOTICE
```

District/off: 0314-1         User: KADavis            Page 1 of 1            Date Rcvd: Sep 06, 2019
                             Form ID: ntnew341        Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 08, 2019.
```
db              +George L. Shughart,    34 prickly pear drive,    Carlisle, PA 17013-8545
5229522         +Alan G. Davis,    810 Fairview Road,    Carlisle, PA 17013-1508
5229524        ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank Of America,     Po Box 982235,    El Paso, TX 79998-2235)
5229525          BAYVIEW LOAN SERVICING LLC,    o box 650091,    Dallas, TX 75265-0091
5229532         +KML LAW GROUP. P.C.,    Suite 5000 BNY R,    Bny Mellon Indpend. 701 Market St.,
                   Philadelphia, PA 19106-1538
5229531         +KML Law Group, P.C.,    Suite 5000 BNY mellon indpendence,     701 Market St.,
                   Philadelphia, PA 19106-1538
5229536          Michael Rynard,    1 Kadoras Creek Road,    Carlisle, PA 17013
5229537         +OCWEN Loan Servicing Llc,    1100 Virginia Drive,    Suite 175,    Fort Washington, PA 19034-3278
5229539          Phelan Hallinan Diamond & Jones,    11617 JFK Blvd Suite 1400,     Philadelphia, PA 19103
5229540         +Td Bank Usa/Target,    Po Box 673,    Minneapolis, MN 55440-0673
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 06 2019 19:29:40
                   PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5229529          E-mail/Text: mrdiscen@discover.com Sep 06 2019 19:23:15      Discover Bank,   po box 15316,
                   Wilmington, DE 19850-5316
5229527          E-mail/Text: cio.bncmail@irs.gov Sep 06 2019 19:23:20      Deparment Of Treasury,
                   Internal Revenue Service,    Po Box 21126,    Philadelphia, PA 19114-0326
5229533         +E-mail/Text: bncnotices@becket-lee.com Sep 06 2019 19:23:18      Kohls,   Po Box 3115,
                   Milwaukee, WI 53201-3115
5229535         +E-mail/Text: unger@members1st.org Sep 06 2019 19:23:45      Members First Federal Credit Union,
                   5000 Louise Drive,    Po Box 40,    Mechanicsburg, PA 17055-0040
5229538          E-mail/Text: bankruptcynotices@psecu.com Sep 06 2019 19:23:41
                   Pennsylvania State Employees Fcu,    Po Box 67013,    Harrisburg, PA 17106-7013
5231093         +E-mail/PDF: gecsedi@recoverycorp.com Sep 06 2019 19:29:55      Synchrony Bank,
                   c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5229526          E-mail/Text: cms-bk@cms-collect.com Sep 06 2019 19:23:24      capital management services,
                   698 1/2 south ogden st.,    Buffalo, NY 14206-2317
                                                                                              TOTAL: 8

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5229534          Matthew Hallam
5229523*        +Alan G. Davis,    810 Fairview Road,    Carlisle, PA 17013-1508
5229528*        +Deparment Of Treasury,    Internal Revenue Service,    Po Box 9038,    Andover, MA 01810-0938
5229530*         internal revenue service,    department of treasury,    600 arch street,
                   Philadelphia, PA 19106-1611
                                                                                   TOTALS: 1, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 08, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 6, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
              Gregory S Hazlett    on behalf of Debtor 1 George L. Shughart adlitem@pa.net
              James Warmbrodt    on behalf of Creditor    Federal National Mortgage Association
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 4
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

George L. Shughart,

**Debtor 1**

Chapter 13

Case No. 1:19–bk–03276–HWV

# Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| | |
|---|---|
| Ronald Reagan Federal Building, Trustee Hearing Rm, Rm. 1160, 11th Floor, 228 Walnut Street, Harrisburg, PA 17101 | Date: October 10, 2019<br>Time: 12:00 PM |

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101–1737<br>(717) 901–2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: KADavis, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: September 6, 2019 |

ntnew341 (04/18)