In re:                                                    Case No. 19-03276-HWV
George L. Shughart                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: KADavis          Page 1 of 2          Date Rcvd: Oct 16, 2019
                              Form ID: ntcnfhrg       Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 18, 2019.
db              +George L. Shughart,   34 prickly pear drive,   Carlisle, PA 17013-8545
5229522         +Alan G. Davis,   810 Fairview Road,   Carlisle, PA 17013-1508
5229524         ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
                (address filed with court: Bank Of America,   Po Box 982235,   El Paso, TX 79998-2235)
5229525          BAYVIEW LOAN SERVICING LLC,   o box 650091,   Dallas, TX 75265-0091
5229532         +KML LAW GROUP. P.C.,   Suite 5000 BNY R,   Bny Mellon Indpend. 701 Market St.,
                 Philadelphia, PA 19106-1538
5229531         +KML Law Group, P.C.,   Suite 5000 BNY mellon indpendence,   701 Market St.,
                 Philadelphia, PA 19106-1538
5229536          Michael Rynard,   1 Kadoras Creek Road,   Carlisle, PA 17013
5229537         +OCWEN Loan Servicing Llc,   1100 Virginia Drive,   Suite 175,   Fort Washington, PA 19034-3278
5229539          Phelan Hallinan Diamond & Jones,   11617 JFK Blvd Suite 1400,   Philadelphia, PA 19103
5229540         +Td Bank Usa/Target,   Po Box 673,   Minneapolis, MN 55440-0673

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 16 2019 19:44:18
                 PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
5229529          E-mail/Text: mrdiscen@discover.com Oct 16 2019 19:25:29   Discover Bank,   po box 15316,
                 Wilmington, DE 19850-5316
5229527          E-mail/Text: cio.bncmail@irs.gov Oct 16 2019 19:25:40   Deparment Of Treasury,
                 Internal Revenue Service,   Po Box 21126,   Philadelphia, PA 19114-0326
5254789         +E-mail/Text: bkmailbayview@bayviewloanservicing.com Oct 16 2019 19:26:11
                 Federal National Mortgage Association,   c/o Bayview Loan Servicing, LLC,
                 4425 Ponce de Leon Blvd, 5th Floor,   Coral Gables, FL 33146-1837
5229533         +E-mail/Text: bncnotices@becket-lee.com Oct 16 2019 19:25:35   Kohls,   Po Box 3115,
                 Milwaukee, WI 53201-3115
5229535         +E-mail/Text: unger@membersslst.org Oct 16 2019 19:26:19   Members First Federal Credit Union,
                 5000 Louise Drive,   Po Box 40,   Mechanicsburg, PA 17055-0040
5229538          E-mail/Text: bankruptcynotices@psecu.com Oct 16 2019 19:26:16
                 Pennsylvania State Employees Fcu,   Po Box 67013,   Harrisburg, PA 17106-7013
5231093         +E-mail/PDF: gecsedi@recoverycorp.com Oct 16 2019 19:31:31   Synchrony Bank,
                 c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
5229526          E-mail/Text: cms-bk@cms-collect.com Oct 16 2019 19:25:41   capital management services,
                 698 1/2 south ogden st.,   Buffalo, NY 14206-2317
                                                                        TOTAL: 9

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5229534          Matthew Hallam
5229523*        +Alan G. Davis,   810 Fairview Road,   Carlisle, PA 17013-1508
5229528*        +Deparment Of Treasury,   Internal Revenue Service,   Po Box 9038,   Andover, MA 01810-0938
5229530*         internal revenue service,   department of treasury,   600 arch street,
                 Philadelphia, PA 19106-1611
                                                                        TOTALS: 1, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2019                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 16, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Gregory S Hazlett    on behalf of Debtor 1 George L. Shughart adlitem@pa.net
              James  Warmbrodt    on behalf of Creditor   Federal National Mortgage Association
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                              TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

George L. Shughart,

**Debtor 1**

Chapter     13

Case No.     1:19–bk–03276–HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**November 27, 2019** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: December 4, 2019<br><br>Time: 09:30 AM |
| --- | --- |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101–1737<br>(717) 901–2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: KADavis, Deputy Clerk |
| --- | --- |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: October 16, 2019 |

ntcnfhrg (03/18)